UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------:
                                                           :
YOEL RAVITZ,                                               :
                                Plaintiff,                 :
                                                           :      No. 19 CIV 10883 (NSR)
               -against-                                   :
                                                           :      ORDER
CHASE BANK (USA), N.A.,                                    :
                                Defendant.                 :
                                                           :
-----------------------------------------------------------:
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _2/25/2022____ |

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days, by April 26, 2022.  Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court.

Dated:    February 25, 2022                      SO ORDERED:
          White Plains, New York

                                          _____
                                                NELSON S. ROMÁN
                                             United States District Judge